ALEXANDER LESSIN, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Appellants.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ALEXANDER LESSIN, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Appellants.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of GERTRUDE D. HAWES, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

MINA E. FRITZ, Respondent, v. COMMONWEALTH FINANCE CORPORATION and Others, Appellants.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, v. AMERICAN MERCHANT MARINE INSURANCE COMPANY, Appellant, and Three Other Cases.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, v. THE GLOBE & RUTGERS FIRE INSURANCE COMPANY, Appellant, and Four Other Cases.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

LEON MENDELSON, Respondent, v. THE JEWELERS' CIRCULAR PUBLISHING COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

A. B. MURRAY CO., INC., Respondent, v. LIDGERWOOD MANUFACTURING COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of CHRISTINE L. KUNZ, Appellant, v. FRANK MANN, as Commissioner, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for resettlement granted. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CHARLES L. FULLER, Respondent, v. FREDERICK STARR, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

S. MORTIMER HILL, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

FRANCIS L. KOHLMAN, as Trustee, etc., Respondent, v. S. PARKER BREMER and Others, Defendants, and GEORGE A. ADAM, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of CHECKER CAB MANUFACTURING CORPORATION and Another, and ALBERT HELLER and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

BERNICE B. NOVEMBER and Another, Respondents, v. MUTUAL CLEANERS & DYERS, INC., Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling Merrell, McAvoy, Martin and Burr, JJ.

GRACE H. GUINZBURG and Another, Appellants, v. GUSTAVE BLUMENTHAL and Another, as Executors and Trustees, etc., Respondents.— Motion denied,